**UNIVERSAL ATLAS CEMENT COMPANY, Petitioner, v. COMMISSIONER OF INTERNAL REVENUE, Respondent.**

No. 43, Docket 20983.

United States Court of Appeals
Second Circuit.

Dec. 17, 1948.

A. Chauncey Newlin, Richard H. Appert, Ryder Henry, II, and William L. Hearne, all of New York City (White & Case, of New York City, of counsel), for petitioner.

Morton K. Rothschild, of Washington, D. C., Theron Lamar Caudle, Asst. Atty. Gen. and Ellis N. Slack and Robert N. Anderson, Sp. Assts. to Atty. Gen., for respondent.

Before L. HAND, Chief Judge, and CHASE and FRANK, Circuit Judges.

PER CURIAM.

The order is affirmed upon the authority of Commissioner v. Longhorn Portland Cement Company, 5 Cir., 148 F.2d 276.

**Christina McRAE v. WESTERN AIR LINES, Inc.**

No. 3557.

United States Court of Appeals
Tenth Circuit.

Dec. 13, 1948.

Rawlings, Wallace & Black, of Salt Lake City, Utah, and William H. DeParcq, of Minneapolis, Minn., for appellant.

Forrest A. Betts, of Los Angeles, Cal., and Arthur E. Moreton, of Salt Lake City, Utah, for appellee.

Before PHILLIPS, Chief Judge, and SYMES, District Judge.

PER CURIAM.

Judgment of district court affirmed pursuant to stipulation.

**William Lawrence MIDLAND v. Colonel G. G. PARKS, Commandant of the United States Disciplinary Barracks, Fort Leavenworth, Kansas.**

No. 3746.

United States Court of Appeals
Tenth Circuit.

Dec. 2, 1948.

Robert G. Braden, of Wichita, Kan., for appellant.

Lt. Col. Nicholas R. Voorhis, Office of the Judge Advocate General, of Washington, D. C., and Lester Luther, U. S. Atty., and Eugene W. Davis, Asst. U. S. Atty., both of Topeka, Kan., for appellee.

Before BRATTON, HUXMAN, and MURRAH, Circuit Judges.

PER CURIAM.

Judgment of district court affirmed without opinion.